UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLINT PHILLIPS, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CV-00392 NCC |
| UNKNOWN PSYCHIATRIST, et al. | ) ) ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on review of pro se plaintiff Clint Phillips, III's handwritten complaint. Plaintiff is a frequent pro se litigator in this Court. Even so, he instituted this action without paying the required filing fee or filing a motion seeking leave to proceed in forma pauperis.[1] The Court will order him to do one or the other.

Accordingly,

**IT IS HEREBY ORDERED** that, within fourteen (14) days of the date of this Order, plaintiff shall either pay the $405 filing fee, or file a motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Application to Proceed in District Court Without Prepaying Fees or Costs.

---

[1] A review of this Court's files shows that plaintiff has previously brought at least three civil actions that were dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See Phillips v. St. Louis City Police Officers*, No. 4:17-cv-1637-HEA (E.D. Mo. Jan. 10, 2018); *Phillips v. Romeo,* No. 4:17-cv-1636-NAB (E.D. Mo. Aug. 4, 2017); *Phillips v. City of St. Louis*, No. 4:11-cv-791-CEJ (E.D. Mo. May 19, 2011). Therefore, the Court cannot permit plaintiff to proceed in forma pauperis unless he "is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

**IT IS FINALLY ORDERED** that plaintiff's failure to timely comply with this Order will result in the dismissal of this case, without prejudice and without further notice.

Dated this 26th day of March, 2024.

                                                                           _____
                                                                             HENRY EDWARD AUTREY
                                                                             UNITED STATES DISTRICT JUDGE