# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CLINT PHILLIPS, III, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CV-392 NCC |
| UNKNOWN PSYCHIATRIST, et al., | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

Mail from plaintiff was returned to the Court on April 11, 2024. However, because plaintiff was litigating another action in this Court, the Clerk updated plaintiff's address in the present action in accordance with the address filed in the new action, and resent the March 26, 2024 Opinion, Memorandum and Order to plaintiff at his new address on April 11, 2024.[1] [ECF No. 4].

As stated in the Court's prior Opinion, Memorandum and Order, plaintiff is required to either pay the $405 filing fee or file a motion for leave to proceed in forma pauperis no later than May 2, 2024. The Clerk will be instructed to mail plaintiff a copy of the Court's form Application to Proceed in District Court Without Prepaying Fees or Costs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Application to Proceed in District Court Without Prepaying Fees or Costs.

No later than May 2, 2024, plaintiff is required to either pay the full filing fee of $405 or file an Application to Proceed in District Court Without Prepaying Fees or Costs.

---

[1] Pursuant to Local Rule 2.06(B), plaintiff is obligated to update his address in each open case in this Court. His failure to do se mandates a dismissal of this action, without prejudice.

**IT IS FURTHER ORDERED** that if plaintiff fails to either pay the full filing fee or file the Application to Proceed in District Court Without Prepaying Fees or Costs in a timely manner, this action will be dismissed, without prejudice.

Dated this 15th  day of April, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE